**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| M.B., | : | No. 72 MM 2018 |
| Petitioner | : | |
| v. | : | |
| THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.